**Robert Junior WARDRICK, Plaintiff—Appellant,**

v.

**Thomas LOVE, Special Agent, Bureau of Alcohol, Tobacco and Firearms; Shaun Garrity, Officer, Tactical Unit of Baltimore City Police Department; John Kelley, Officer, Tactical Unit of the Baltimore City Police Department; Robert Overfield, Detective, Baltimore County Investigative Division of Baltimore County Police Department, Defendants—Appellees.**

No. 07–7282.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 27, 2007.

Robert Junior Wardrick, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Junior Wardrick appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wardrick v. Love,* No. 1:07–ct–01372–AMD (D. Md. June 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*